Pearson, C. J-.
 

 It is provided : Efevised Code, chap. 118, section 20, “ upon the return- of the report, if the same be not excepted to by the administrator or next of kin, or any legatee, or if excepted to, and the exception be disposed of, the Court shall make such
 
 decree
 
 therein, as may seem to be right and proper.”
 

 Upon exception being- taken by the administrator,, or next of kin, or legatee, there are adversary parties — a suit is constituted in court, and from the decree either party may appeal according-to the general law in respect to appeals.
 

 The judgment, in the Superior Court,, dismissing the appeal, is reversed.
 

 Pee Curiak,, Judgment reversed.